UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CARDS AGAINST HUMANITY, LLC,

                Plaintiff,

v.

SCS DIRECT, INC. and HOWARD
GREENSPAN,

                Defendants.
------------------------------------------------------------------X

Case No. 17-cv-02781 (CBA)(ST)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned attorney, Richard S. Mandel, of Cowan, Liebowitz & Latman, P.C., enters his appearance in the above-captioned matter as counsel for Defendants SCS Direct, Inc. and Howard Greenspan, and requests that all notices, pleadings, and orders entered in this matter be sent to the undersigned.

Dated: May 3, 2018

                Respectfully submitted,

                COWAN, LIEBOWITZ & LATMAN, P.C.

                By: _____
                Richard S. Mandel
                114 West 47th Street
                New York, New York 10036
                (212) 790-9200

                *Attorneys for Defendants SCS Direct, Inc. and Howard Greenspan*