

| COWAN, | 41 MADISON AVENUE | ATTORNEY |
| DEBAETS, | NEW YORK, NY 10010 | 212 974 7474 ext 1958 |
| ABRAHAMS & | T: 212 974 7474 | ELackman@cdas.com |
| SHEPPARD LLP | F: 212 974 8474 | |
| | www.cdas.com | |

FREDERICK P. BIMBLER
SUSAN H. BODINE
LINDSAY W. BOWEN*
ANDREA F. CANNISTRACI
TIMOTHY J. DEBAETS
ROBERT J. EPSTEIN
DOUGLAS P. JACOBS*
ELEANOR M. LACKMAN†
ELLIS B. LEVINE
ANDY MILLER■
JANIS C. NELSON■
SIMON N. PULMAN*○
JOSHUA B. SESSLER
J. STEPHEN SHEPPARD♦
LAURA E. SHER
SCOTT J. SHOLDER*
KENNETH N. SWEZEY†
NANCY E. WOLFF●*†

ADAM BEASLEY
ALISON E. BENSIMON
KYLE A. BRETT
LINDSAY R. EDELSTEIN*
MIKAELA I. GROSS
DANIEL J. HALEY*
BRIANA HILL■
BENJAMIN JAFFE
BRITTANY L. KAPLAN-PETERSON
MARISSA B. LEWIS*
JONATHAN H. PERITZ*
ANDREW C. TUNNARD


OF COUNSEL:
ROBERT I. FREEDMAN

SPECIAL COUNSEL:
ALEX GIGANTE

PHILIP M. COWAN
    (1943-2001)
HOWARD ABRAHAMS
    (1945-1996)


■ ADMITTED IN CA
† ALSO ADMITTED IN CA
♦ ALSO ADMITTED IN DC
○ ALSO ADMITTED IN GA
* ALSO ADMITTED IN NJ
● ALSO ADMITTED IN PA

BEVERLY HILLS OFFICE:
9595 WILSHIRE BLVD, SUITE 900
BEVERLY HILLS, CA 90212
T: 310 492 4392 / F: 310 492 4394

May 8, 2018

**VIA ECF**

Hon. Steven L. Tiscione, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Cards Against Humanity, LLC v. SCS Direct, Inc. et al
      17-cv-02781 CBA ST

Dear Magistrate Judge Tiscione:

The Court has scheduled an in-person motion hearing to be held at 3:00 p.m. on May 17, 2018. On behalf of Plaintiff, Cards Against Humanity, LLC, I respectfully request permission to appear and participate in the in-person motion hearing by telephone.

I serve as Lead Counsel for Plaintiff in the matter, however on the date of the hearing I have prior commitments and will be traveling. My two colleagues Lindsay Bowen and Lindsay Edelstein, who are both counsel of record in this action, will be in attendance at the hearing. Either Mr. Bowen or Ms. Edelstein would be available to coordinate with the Courtroom Deputy Clerk to arrange for a dial in number for the hearing to allow me to appear by telephone should the Court permit my request.

Thank you for your consideration of this matter.

Respectfully submitted,

Eleanor M. Lackman

cc: All counsel of record (via ECF)