**CIVIL MINUTE ENTRY**

|  |  |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | May 17, 2018 |
| **TIME:** | 3:00 P.M. |
| **DOCKET NUMBER(S):** | CV-17-2781 (CBA) |
| **NAME OF CASE(S):** | **CARDS AGAINST HUMANITY LLC V. SCS DIRECT, INC.** |
| **FOR PLAINTIFF(S):** | Lackman, Bowen, Edelstein |
| **FOR DEFENDANT(S):** | Mandel, Lane |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | 3:06 - 5:22 |

**RULINGS FROM MOTION HEARING:**

For the reasons discussed on the record, Defendant's Motion to Substitute Attorney [43] is granted; Mr. Lane is terminated as attorney of record and the stipulation of substitution [docket number 43] is so ordered. Plaintiff's Motion to Compel [47] is granted in part and denied in part. Plaintiff's Motion for Leave To Take Extra Deposition [48] is granted. Plaintiff may take the specific additional depositions requested. Defendant's Motion to Compel [50] is granted in part and denied in part. The deadline for completion of fact discovery is extended to June 22, 2018; the deadline for exchanging expert reports is extended to July 23, 2017; deadline for completion of expert depositions is extended to August 31, 2018; and deadline for beginning dispositive motion practice is extended to September 28, 2018.