UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 20 2018 ★

BROOKLYN OFFICE

---

CARDS AGAINST HUMANITY, LLC,

                        Plaintiff,

v.

SCS DIRECT, INC. and HOWARD GREENSPAN,

                        Defendants.

Civil Action No. 1:17-CV-02781

**STIPULATION OF DISMISSAL WITH PREJUDICE (FRCP 41)**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Cards Against Humanity, LLC hereby dismisses, with prejudice, its complaint against defendants SCS Direct, Inc. and Howard Greenspan in the above-captioned action.

_____
Eleanor M. Lackman
Cowan, DeBaets, Abrahams & Sheppard LLP
41 Madison Avenue, 38th Floor
New York, New York 10010
Tel: (212) 974-7474
elackman@cdas.com

Dated: 8/16/18
*Attorneys for Plaintiff Cards Against Humanity, LLC*

_____
Richard S. Mandel
Cowan, Liebowitz & Latman, PC
114 West 47th Street
New York, New York 10036-1525
Tel: (212) 790-9291
rsm@cll.com

Dated: 8/16/18
*Attorneys for Defendants SCS Direct, Inc. and Howard Greenspan*

---

SO ORDERED:

/s/ CBA
_____
Hon. Carol Bagley Amon, U.S.D.J.

8/7/18

31533/001/2483018.1